1  STEVEN DRAPKIN (STATE BAR NO. 73332)
   LAW OFFICES OF STEVEN DRAPKIN
2  11377 West Olympic Boulevard, Suite 900
   Los Angeles, California 90064-1683
3  (310) 914-7909 Telephone
   (310) 914-7959 Facsimile
4  Email: sdrapkin@sdrapkin.com

5
   Attorney for Plaintiff & Counter-Defendant
6  Industrial Light & Magic, a Division of Lucasfilm
   Entertainment Company Ltd.
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11  INDUSTRIAL LIGHT & MAGIC, a          ) Case No. C05 3797 MJJ
    Division of Lucasfilm Entertainment  )
12  Company Ltd.,                        ) Assigned to Hon. Martin J. Jenkins
                                         )
13              Plaintiff,               ) STIPULATION CONTINUING CASE
                                         ) MANAGEMENT CONFERENCE;
14        v.                             ) [PROPOSED] ORDER
                                         )
15  I.A.T.S.E. LOCAL 16 HEALTH AND       )
    WELFARE TRUST FUND,                  ) Date: January 3, 2006
16                                       )
                Defendants.              ) Time: 2:00 p.m.
17  _____ )
                                         ) Location: Courtroom 11, 19th Floor
18  BOARD OF TRUSTEES OF THE             )
    INTERNATIONAL ALLIANCE OF            )
19  THEATRICAL STAGE EMPLOYEES,          )
    MOTION PICTURE TECHNICIANS,          )
20  ARTISTS AND ALLIED CRAFTS OF         )
    THE UNITED STATES, ITS               )
21  TERRITORIES AND CANADA,              )
    LOCAL 16 HEALTH AND WELFARE          )
22  TRUST FUND,                          )
                                         )
23              Counter-Claimant,        )
                                         )
24        v.                             )
                                         )
25  INDUSTRIAL LIGHT & MAGIC, a          )
    Division of Lucasfilm Entertainment  )
26  Company Ltd.,                        )
                                         )
27              Counter-Defendant.       )
                                         )
28

F:\Firm\Clients\130 G
d\Pleadings\stip01 l wp
d

CASE NO. C05 3797 MJJ; STIP CONTINUING CASE MANAGEMENT CONF.

1    The parties, through counsel, hereby request that the Court continue the
2 Case Management Conference set for January 3, 2006 to January 24, 2006, at the same
3 time and place . The parties also request that the related dates for preparation for the
4 Case Management Conference be modified as follows:

5         1/3/06        Last day to meet and confer re initial disclosures, early
6                       settlement, ADR process, and discovery plan
7         1/3/06        Last day to file Joint ADR Certification with Stipulation
8                       to ADR process or Notice of Need for ADR Phone Conference
9         1/17/06       Last day to complete initial disclosures or state objection
10                      in Rule 26(f) Report, file/serve Case Management Statement,
11                      and file/serve Rule 26(f) Report

12

13        If January 24, 2006 is not available, the parties request that the Case
14 Management Conference be continued to any Tuesday after January 24, 2006, and that
15 the related dates for preparation for the Case Management Conference also be modified
16        The reason for the stipulation is that counsel for Plaintiff & Counter-
17 Defendant has a calendar conflict on January 3, 2006, specifically that he is scheduled
18 to be in a labor arbitration that day in Los Angeles in a case involving the testimony of
19 an out-of-state witness. As obtaining a mutually available date in that case for the

20

21

22

23

24

25

26

27

28

1

CASE NO. C05 3797 MJJ; STIP CONTINUING CASE MANAGEMENT CONF.

1   arbitrator, the witness and the two attorneys was very difficult, it is much more feasible

2   to continue the Case Management Conference.

3

4   Dated: November 2, 2005          LAW OFFICES OF STEVEN DRAPKIN
                                     STEVEN DRAPKIN
5
6                                    By: _____
7                                         Steven Drapkin

    Attorney for Plaintiff & Counter-Defendant
8   Industrial Light & Magic

9   Dated: November 2, 2005
10                                   WEINBERG, ROGER & ROSENFELD
                                     WILLIAM A. SOKOL
11                                   LINDA BALDWIN JONES
                                     NICOLE M. PHILLIPS
12                                   JOYE BLANSCETT

13                                   By: _____
                                          Linda Baldwin Jones
14
    Attorneys for Defendant & Counter-Claimant
15  IATSE Local 16 Health and Welfare Trust Fund

16

17
                    [PROPOSED] ORDER
18
            PURSUANT TO STIPULATION, IT IS SO ORDERED.
19

20
    Dated: November 8, 2005
21                                   _____
                                     Martin J. Jenkins
22                                   United States District Judge

23

24  Case Management Conference rescheduled for Tuesday, February 7,

25  2006 @ 2:00 p.m.  Joint Case Management Conference Statement

    due 1/30/2006.
26

27

28

F-\Forms\Chena\150.0
a\Fin\Stip\stip01.wp
0

2

CASE NO. C05 3797 MJJ; STIP CONTINUING CASE MANAGEMENT CONF.