| | |
|---|---|
| 1 | STEVEN DRAPKIN (STATE BAR NO. 73332) |
| 2 | LAW OFFICES OF STEVEN DRAPKIN<br>11377 West Olympic Boulevard, Suite 900 |
| 3 | Los Angeles, California 90064-1683<br>(310) 914-7909 Telephone |
| 4 | (310) 914-7959 Facsimile<br>Email: sdrapkin@sdrapkin.com |
| 5 | |
| 6 | Attorney for Plaintiff & Counter-Defendant<br>Industrial Light & Magic, a Division of Lucasfilm |
| 7 | Entertainment Company Ltd. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| INDUSTRIAL LIGHT & MAGIC, a Division of Lucasfilm Entertainment Company Ltd., | ) ) ) | Case No. C05 3797 MJJ |
| | ) | Assigned to Hon. Martin J. Jenkins |
| Plaintiff, | ) ) | |
| v. | ) ) | STIPULATION RE: DISMISSAL; [~~PROPOSED~~] ORDER |
| I.A.T.S.E. LOCAL 16 HEALTH AND WELFARE TRUST FUND, | ) ) ) | Status Conference on Calendar |
| | ) | Date:   May 16, 2006 |
| Defendants. | ) ) | Time:   2:00 p.m. |
| BOARD OF TRUSTEES OF THE INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOTION PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS OF THE UNITED STATES, ITS TERRITORIES AND CANADA, LOCAL 16 HEALTH AND WELFARE TRUST FUND, | ) ) ) ) ) ) ) ) ) | Court:  Courtroom 11, 19th Floor |
| Counter-Claimant, | ) ) | |
| v. | ) ) | |
| INDUSTRIAL LIGHT & MAGIC, a Division of Lucasfilm Entertainment Company Ltd., | ) ) ) ) | |
| Counter-Defendant. | ) ) | |

F:\Firm\Clients\150.04\Pleadings\stip02.wpd

As a result of a settlement, Plaintiff and Defendant(s), through their respective counsel, stipulate to dismiss with prejudice their Complaint and Counter-Claim, respectively, and their respective action and cross-action. Each party shall bear its own attorney's fees and costs and waives any claim against the other with respect to fees and costs.

The status conference set for May 16, 2006, is hereby taken off calendar.

Dated: May 2, 2006

LAW OFFICES OF STEVEN DRAPKIN
STEVEN DRAPKIN

By: /s/ Steven Drapkin
Steven Drapkin

Attorney for Plaintiff & Counter-Defendant
Industrial Light & Magic

Dated: April 28, 2006

WEINBERG, ROGER & ROSENFELD
WILLIAM A. SOKOL
LINDA BALDWIN JONES
NICOLE M. PHILLIPS
JOYE BLANSCETT

By: /s/ Linda Baldwin Jones
Linda Baldwin Jones

Attorneys for Defendant & Counter-Claimant
IATSE Local 16 Health and Welfare Trust Fund

**ORDER**

IT IS SO ORDERED.

Dated: May 5, 2006

/s/ Martin J. Jenkins
Martin J. Jenkins
United States District Judge

F:\Firm\Clients\150.04\Pleadings\stip02.wpd

CASE NO. C05 3797 MJJ; STIP AND ORDER